UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 02 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

LeRoy France

Plaintiff

V.     Case No: 4:23-cv-926-JM

Equifax Information Services LLC,

Experian Information Solutions, Inc.,

TransUnion LLC,

and Synchrony Bank,

Defendants.

This case assigned to District Judge Moody
and to Magistrate Judge Harris

Case No.

COMPLAINT

LeRoy France (Plaintiff), by and through pro se, alleges the following against Equifax Information Services LLC, Experian Information Solutions, Inc., TransUnion LLC, and Synchrony Bank(Defendant(s)):

I. INTRODUCTION

1. This is an action arising under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., against Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), TransUnion LLC ("TransUnion"), and Synchrony Bank ("Synchrony" or

1

"Defendant").

II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this case arises under federal law, the FCRA.

3. Venue is proper in this judicial district as all Defendants regularly transact business in this district, and the events giving rise to this action occurred within this district.

III. PARTIES

4. Plaintiff LeRoy France is a natural person residing at 29 Ridge Rd., Cabot, AR 72023, and a "consumer" as defined by the FCRA at 15 U.S.C. § 1681a(c).

5. Defendant Equifax is a consumer reporting agency as defined by the FCRA at 15 U.S.C. § 1681a(f).

6. Defendant Experian is a consumer reporting agency as defined by the FCRA at 15 U.S.C. § 1681a(f).

7. Defendant TransUnion is a consumer reporting agency as defined by the FCRA at 15 U.S.C. § 1681a(f).

8. Defendant Synchrony Bank is a financial institution.

IV. FACTUAL ALLEGATIONS

9. Plaintiff, LeRoy France, disputes the accuracy of certain information reported on his credit reports by Equifax, Experian, and TransUnion concerning a debt allegedly owed to Synchrony Bank.

10. In September 2023, Plaintiff filed a dispute with Equifax, Experian, and TransUnion regarding the inaccurate information on his credit reports related to the debt allegedly owed to Synchrony Bank.

11. Despite Plaintiff's dispute, Defendants have continued to report this inaccurate information on Plaintiff's credit reports.

12. Plaintiff contacted Synchrony Bank and was informed by an agent that no payments had ever been made on the account and that the account had been forgiven. Agent went even as far to say Plaintiff could Re apply for credit with no issues

13. Defendants' continued reporting of inaccurate information has caused significant harm to Plaintiff, including damage to his credit, lower credit scores, and lost opportunities to receive credit.

V. CAUSES OF ACTION

Count 1: Violation of FCRA (15 U.S.C. § 1681i)

14. Plaintiff realleges and incorporates by reference the preceding paragraphs.

15. Defendants have violated 15 U.S.C. § 1681i by failing to conduct a reasonable investigation

into the accuracy of the information Plaintiff disputed.

Count 2: Violation of FCRA (15 U.S.C. § 1681e(b))

16. Plaintiff realleges and incorporates by reference the preceding paragraphs.

17. Defendants have violated 15 U.S.C. § 1681e(b) by failing to follow reasonable procedures to assure maximum possible accuracy of the information in Plaintiff's credit reports.

Count 3: Violation of FCRA (15 U.S.C. § 1681s-2(b))

18. Plaintiff realleges and incorporates by reference the preceding paragraphs.

19. Defendant Synchrony Bank, as a furnisher of information, violated 15 U.S.C. § 1681s-2(b) by failing to conduct a timely investigation with respect to the disputed information and failing to review all relevant information provided by Defendants with respect to Plaintiff's disputes.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff LeRoy France prays for the following relief:

A. An award of actual damages against Equifax, Experian, TransUnion, and Synchrony Bank;

B. Punitive damages against Equifax, Experian, TransUnion, and Synchrony Bank upon a determination of willful violations;

4

C. Reimbursement of reasonable attorney fees and costs under 15 U.S.C. § 1681n or 15 U.S.C. § 1681o;

D. An order directing Equifax, Experian, and TransUnion to remove the inaccurate information on Plaintiff's credit reports;

E. Any other equitable relief this Court may determine to be fair and just.

VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

LeRoy France
29 Ridge Rd
Cabot, AR 72023

501-286-0499

Dated: 10/2/2023