# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LEROY FRANCE**                                                            **PLAINTIFF**

**V.**                          **NO. 4:23CV00926-JM**

**SYNCHRONY BANK**                                       **DEFENDANT**

## ORDER OF DISMISSAL

This case is dismissed with prejudice due to settlement. The trial scheduled for February 10, 2025 is cancelled and all pending motions are moot. The Clerk is directed to close the case.

IT IS SO ORDERED this 28th day of January, 2025.

_____
James M. Moody Jr.
United States District Judge